|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| NORMAN GERALD DANIELS, III,<br><br>        Plaintiff,<br><br>   v.<br><br>SHERMAN,<br><br>        Defendant. | Case No.: 1:18-cv-01420-BAM (PC)<br><br>ORDER DENYING *IN FORMA PAUPERIS* APPLICATION WITHOUT PREJUDICE<br><br>(ECF No. 2)<br><br>ORDER TO SUBMIT PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN **THIRTY (30) DAYS** |

    Plaintiff Norman Gerald Daniels, III ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on October 15, 2018, (ECF No. 1), together with a motion requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, (ECF No. 2). Plaintiff's prisoner trust fund account statement was filed later the same day. (ECF No. 6.)

    Plaintiff's application is incomplete. Plaintiff has not signed or dated the form, as the instructions require. Plaintiff must submit a completed form if he wishes for the application to be considered. Plaintiff is **not** required to submit a new copy of his trust account statement.

///

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED, without prejudice;

2. The Clerk of the Court is directed to serve this order and a blank *in forma pauperis* application for a prisoner on Plaintiff;

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

4. No extension of time will be granted without a showing of good cause; and

5. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated: **October 16, 2018**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE